IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC X. RAMBERT, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 20-3604 |
| v. | : | |
| | : | |
| LEE STOCK, Warden SCI-Pine Grove, and JOSH SHAPIRO, PA Attorney General, | : : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 14th day of September, 2020, after considering the petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1), motion to proceed *in forma pauperis* (Doc. No. 4), motion for reconsideration pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (Doc. No. 3), and separately filed exhibits to the motion for reconsideration (Doc. No. 5) filed by the *pro se* petitioner, Eric X. Rambert; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion for leave to proceed *in forma pauperis* (Doc. No. 4) is **DENIED**;

2. The motion for reconsideration pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, insofar as the court construes it as a motion for leave to amend or supplement the section 2254 habeas petition (Doc. No. 3), is **GRANTED**;

3. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

4. There is no cause to issue a certificate of appealability; and

5. The clerk of court shall **MARK** this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.